UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

VARDHMAN SHIPPING APS,

        Plaintiff,

- against -

CREST GRADE OIL AND GAS,

        Defendant.

------------------------------------------------------X



**ORDER**

09 Civ. 813 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The Clerk of the Court is ordered to reinstate the above-captioned case.

Process of Maritime Attachment and Garnishment shall issue against all tangible or intangible property belonging to or being held for Defendant pursuant to the terms of this Court's January 29, 2009 Order. A status conference is scheduled for June 24, 2009, at 4:30 p.m.

                                SO ORDERED:

                                Shira A. Scheindlin
                                U.S.D.J.

Dated:     New York, New York
             May 8, 2009

## - Appearance -

**For Plaintiff:**

Michael E. Unger, Esq.
Freehill, Hogan & Mahar, LLP
80 Pine Street
New York, New York 10005
(212) 425-1900